IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

KRISH LAL ISSERDASANI,

                Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, the U.S. DEPARTMENT OF HOMELAND SECURITY, and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,

                Defendants.

PRELIMINARY INJUNCTION

25-cv 283-wmc

---

Consistent with the court's opinion and order dated today, IT IS ORDERED that defendants are ENJOINED from:

(1) terminating plaintiff Krish Lal Isserdasani's F-1 student status records from the Student and Exchange Visitor Information System ("SEVIS") without further showing and approval by this court; and

(2) directly or indirectly enforcing, implementing, or otherwise taking any action or imposing any legal consequences as the result of the decision to terminate his SEVIS records.

Entered this 7th day of May, 2025.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge